

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

**FILED**

OCT 19 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

**CR 17    543    VC**

JOHN CHONGHONG CHOE,
a/k/a "PHILIP CHU,"

DEFENDANT(S).

---

## INDICTMENT

Title 18, United States Code, Section 1001(a)(2) - False Statement or Representation Made to a Department or Agency of the United States

---

A true bill.

_____ Foreman

Filed in open court this __19__ day of
__Oct. 2017__.

_____ Clerk

Bail, $ __arrest warrant__

NANDOR J. VADAS

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

### OFFENSE CHARGED

18 U.S.C. § 1001(a)(2) - False Statement or Representation Made to a Department or Agency of the United States

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

[SEALED BY COURT ORDER — redacted]

PENALTY: 18 U.S.C. § 1001(a)(2): 5 years' imprisonment; $250,000 fine; 3 years' supervised release; $100 special assessment (class D felony).

### DEFENDANT - U.S

▶ JOHN CHONGHONG CHOE, a/k/a "PHILIP CHU"

**DISTRICT COURT NUMBER**
CR 17 543 VC

FILED OCT 19 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed: _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Treasury Inspector General for Tax Administration

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
  SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
  MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form: Brian J. Stretch
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Julie D. Garcia

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

☐ This report amends AO 257 previously submitted

BRIAN J. STRETCH (CABN 163973)
United States Attorney

**FILED**

OCT 19 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 17   543   VC

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION:<br>18 U.S.C. § 1001(a)(2) – False Statement or Representation Made to a Department or Agency of the United States |
| v. | |
| JOHN CHONGHONG CHOE,<br>a/k/a "Philip Chu," | |
| | SAN FRANCISCO VENUE |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

Background:

1.   In or about November 2013, the defendant, JOHN CHONGHONG CHOE, calling himself "Philip Chu" and claiming to work for a company called "Agro Produce Corporation," approached a commodities broker, known herein as Person One, regarding the purchase of large quantities of nuts for export to South Korea. Over the next several months, Person One and the defendant continued to communicate regarding the potential purchases.

2.   In or about January 2014, Person One, at the direction of the defendant, JOHN

INDICTMENT



CHONGHONG CHOE, a/k/a "Philip Chu," placed orders with three nut companies on behalf of Agro Produce Corporation.  Specifically, Person One ordered, for delivery to South Korea:

    a)     Approximately 42,000 pounds of walnuts from Gold River Orchards;

    b)     Two orders of approximately 44,000 pounds of almonds from Minturn Nut Company; and

    c)     Approximately 24,000 pounds of walnuts and approximately 5,000 pounds of pistachios from Mid Valley Nut Company.

3.     In each instance, the defendant, JOHN CHONGHONG CHOE, a/k/a "Philip Chu," agreed to a payment arrangement in which the nut company would hold as collateral for full payment certain original documents that Agro Produce Corporation needed in order to have the nuts released from customs in South Korea.  One document to be held as collateral was the original Phytosanitary Certificate issued by the United States Department of Agriculture.

4.     Neither the defendant, JOHN CHONGHONG CHOE, a/k/a "Philip Chu," nor Agro Produce Corporation ever made full payment on any of the above-mentioned orders from the three above-mentioned nut companies.  As a result, none of the above-mentioned nut companies ever gave the defendant, or any other employee or affiliate of Agro Produce Corporation, the original Phytosanitary Certificates for the nuts ordered by Person One.

5.     On or about March 7, 2014, the defendant, JOHN CHONGHONG CHOE, a/k/a "Philip Chu," traveled to the United States Department of Agriculture (USDA) Plant Inspection Station in South San Francisco and spoke with a USDA employee known herein as Person Two.  The defendant showed Person Two copies of the Phytosanitary Certificates for the two orders Person One had placed with Minturn Nut Company and for the single order Person One had placed with Gold River Orchards.  The defendant told Person Two that an employee of Agro Produce Corporation had placed the original Phytosanitary Certificates in a bag and that the bag had been lost.  The defendant requested that Person Two reissue the original Phytosanitary Certificates for the orders from Minturn Nut Company and Gold River Orchards so that the shipping containers could be released from customs in South Korea.

6.     Based on the defendant's representations, Person Two reissued the original Phytosanitary

INDICTMENT

2

Certificates to the defendant.

COUNT ONE:    (18 U.S.C. § 1001(a)(2) – False Statement or Representation Made to a Department or Agency of the United States)

7. The factual allegations contained in paragraphs 1 through 6 above are incorporated herein as if set forth in full.

8. On or about March 7, 2014, in the Northern District of California, the defendant,

JOHN CHONGHONG CHOE, a/k/a "Philip Chu,"

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States by stating and representing to Person Two, an official of the United States Department of Agriculture, that one and more original Phytosanitary Certificates had been in the possession of Agro Produce Corporation, and that one and more of said original Phytosanitary Certificates had been lost. The statements and representations were false because, as CHOE then and there knew, said original Phytosanitary Certificates had never been in the possession of Agro Produce Corporation, and said original Phytosanitary Certificates had not been lost.

In violation of Title 18, United States Code, Section 1001.

DATED: 10/19/17

A TRUE BILL

FOREPERSON

BRIAN J. STRETCH
United States Attorney

DANIEL KALEBA
Deputy Chief, Criminal Division

(Approved as to form: _____ )
AUSA JULIE D. GARCIA

INDICTMENT

3