STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Email:        Gabriela_Bischof@fd.org

Counsel for Defendant Choe

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOHN CHOE, <br> Defendant. | No. CR 17-543 VC <br><br> **STIPULATION AND [PROPOSED] ORDER FOR BOND MODIFICATION** |

On October 31, 2017, defendant John Choe was released on an unsecured bond. Among the conditions of his bond were provisions requiring Mr. Choe not to travel outside of California, to wear a location monitoring device, and to be monitored by the Pretrial Services Office in Santa Ana, California. That Pretrial Services Office has a policy that requires the removal of any GPS monitoring device any time a defendant travels and boards a plane.

Mr. Choe has been indicted in the District of Arizona for alleged conduct that predates the present case. As a result, he will need to travel to Arizona to attend court dates. His first court date is on September 6, 2018.

Accordingly, Mr. Choe hereby requests that his bond be modified to allow travel to and from Arizona. He further requests that his bond be modified to allow Pretrial Services to remove his location monitoring device prior to any court appearance in the District of Arizona, with prior approval from and at the direction of Pretrial Services. Mr. Choe will report to Pretrial Services in the Central District of California, on the business day following his return to have the location monitoring device reinstalled. Defense counsel has communicated with Pretrial Services and they do not oppose his request.

IT IS SO STIPULATED.

Dated: September 4, 2018

/s/
ALEX TSE
Acting United States Attorney
NICHOLAS WALSH
Assistant United States Attorney

Dated: September 4, 2018

/s/
STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender

# [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, the Court ORDERS that:

1. Mr. Choe shall be allowed to travel to and from Arizona for court appearances and meetings with counsel.
2. Pretrial Services may remove defendant's location monitoring device prior to any travel to Arizona, with prior approval from and at the direction of Pretrial Services. Mr. Choe will report to Pretrial Services in the Central District of California, one business day after his return to have the location monitoring device reinstalled.

IT IS SO ORDERED.

Dated:

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE